## Case No. 11,806.

### RICKETTS et al. v. HENDERSON.

[2 Cranch, C. C. 157.] [1]

Circuit Court, District of Columbia. Nov. Term, 1818.

JUDGMENT—ACTION UPON—PERSONAL SERVICE.

A judgment against the principal debtor, in a foreign attachment in Pennsylvania, is not evidence, in the District of Columbia, of a debt due by that debtor.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

Debt, on a judgment in Pennsylvania on a foreign attachment.

Mr. Taylor, for defendant, contended that as the judgment was rendered without any personal notice to the defendant, it was not even prima facie evidence of a debt. Robinson v. Ward's Ex'rs, 8 Johns. 89; Kilburn v. Woodworth, 5 Johns. 37; and Buchannan's Case, 9 East, 192.

Mr. Swann, for plaintiff.

THE COURT, having taken time to consider, rendered judgment for the defendant, on the authority of the cases cited by the defendant's counsel.

---

RICKETTS (HENRY v.). See Cases Nos. 6,385 and 6,386.

RICKETTS (RICH v.). See Case No. 11,762.

RICKETTS (UNITED STATES v.). See Cases Nos. 16,158 and 16,159.

RICKEY (ARMSTRONG v.). See Case No. 546.

RICO (UNITED STATES v.). See Cases Nos. 16,160 and 16,161.

RIDDICK (WHITELY v.). See Case No. 17,567.

RIDDLE (COPLEY v.). See Case No. 3,214.